**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,

    -against-

HERIBERTO RODRIGUEZ,

            Defendant.
----------------------------------X

**04 CR 793(VM)**
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/20

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the resentencing of the above-named defendant shall be held on Friday, June 5, 2020 at 9:15 a.m.

**SO ORDERED:**

Dated:    New York, New York
            14 April 2020

_____
Victor Marrero
U.S.D.J.