USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,  :
  :
  :  04 CR 793(VM)
     -against-  :      ORDER
  :
HERIBERTO RODRIGUEZ,  :
  :
               Defendant.  :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the resentencing of the above-named defendant shall be held on Monday, June 8, 2020 at 9:15 a.m. In light of the ongoing public health emergency, the proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:   New York, New York
         4 June 2020

                                         _____
                                              Victor Marrero
                                                 U.S.D.J.