USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    04 CR 793(VM)
         -against-                 :       ORDER
                                   :
HERIBERTO RODRIGUEZ,               :
                                   :
                Defendant.         :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On December 9, 2021, the above-named defendant filed a letter motion requesting early termination of his supervised release. (Dkt. No. 159.) The Government is directed to respond to defendant's letter motion within seven (7) days.

**SO ORDERED:**

Dated:   New York, New York
         10 December 2021

_____
Victor Marrero
U.S.D.J.