USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :           04 CR 793(VM)
         -against-                       :              ORDER
                                         :
HERIBERTO RODRIGUEZ,                     :
                                         :
                    Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On December 9, 2021, the above-named defendant filed a letter motion requesting early termination of his supervised release. (See Dkt. No. 159.) The Government responded on December 18, 2021, stating no objection. (See Dkt. No. 162.) Having reviewed the submissions, defendant's motion for early termination of his supervised release is hereby granted.

**SO ORDERED:**

Dated:   New York, New York
         20 December 2021

                                              _____
                                                   Victor Marrero
                                                      U.S.D.J.